# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150716

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 150716
                                     COA: 323669

PABLO GABRIEL MARTINEZ,
      Defendant-Appellant.
                                     Kent CC: 11-010602-FH

_____/

      On order of the Court, the application for leave to appeal the November 19, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2015



Clerk

s0921